UNITED STATES of America, Plaintiff–Appellee,

v.

William Clayton SAPP, Defendant–Appellant.

No. 09–15183

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 6, 2010.

Gerald S. Bettman, Jacksonville, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

Gerald S. Bettman, appointed counsel for William Clayton Sapp in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sapp's conviction and sentence are **AFFIRMED**.